IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHRIJI HOSPITALITY, INC. d/b/a RODEWAY INN, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 3:10cv01199 ) |
| v. | ) JUDGE WILLIAM HAYNES ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY | ) MAGISTRATE JUDGE JOHN ) BRYANT ) |
| Defendant. | ) ) ) |

**ORDER:**
Motion granted. A case management conference by telephone is scheduled for June 5, 2012, at 11:00 a.m. Counsel for plaintiff shall initiate this call.

John Bryant, USMJ

## JOINT MOTION FOR CASE SCHEDULING CONFERENCE AND TO SET CASE FOR JURY TRIAL BEFORE MAGISTRATE JUDGE JOHN BRYANT

Plaintiff Shriji Hospitality, Inc. d/b/a Rodeway Inn ("Shriji" or "Plaintiff") and Defendant Nationwide Mutual Insurance Company ("Nationwide"), pursuant to 28 USC 636(c)(1) and Rule 73 of the Federal Rules of Civil Procedure, now file this joint Motion to show their joint consent to proceed with a jury trial before Magistrate Judge John Bryant. The parties respectfully request that the Magistrate Judge hold a telephonic case scheduling conference in which the Court and the parties can compare schedules to determine a final trial date. The parties request a telephonic conference for the convenience of Plaintiff's counsel as their offices are based in Jackson, Tennessee.

*[Handwritten order]:* This action is REFERRED to the Honorable John Bryant, Magistrate Judge upon the parties' consent for all further proceedings.
N JAM01 889917 v1
1034041-000014 05/23/2012

1

Case 3:10-cv-01199   Document 31   Filed 05/23/12   Page 1 of 3 PageID #: 1471
Case 3:10-cv-01199   Document 32   Filed 05/25/12   Page 1 of 1 PageID #: 1474
Case 3:10-cv-01199   Document 33   Filed 05/25/12   Page 1 of 1 PageID #: 1475